HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES ex rel. MARGARET COOK,

        Plaintiff,

        v.

PROVIDENCE HEALTH & SERVICES, et al.,

        Defendants.

CASE NO. C13-1312RAJ

ORDER

This matter comes before the court on the motion (Dkt. # 2) of relator Margaret Cook to seal this civil action in its entirety. Because her complaint invokes the False Claims Act, the court is required by law to seal this action for at least 60 days from the date of its filing. 31 U.S.C. § 3730(b)(2).

Accordingly, the court GRANTS the motion and directs the clerk to maintain this action and all items on the docket therein under seal until further order of the court.

The relator shall file proof that she has served the United States in accordance with 31 U.S.C. § 3730(b)(2).

DATED this 14th day of August, 2013.

*Richard A. Jones*
The Honorable Richard A. Jones
United States District Judge

ORDER – 1