Judge Richard A. Jones

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| MARGARET COOK, QUI TAM PLAINTIFF for and on behalf of the United States of America,<br><br>      Plaintiff,<br><br>  vs.<br><br>PROVIDENCE HEALTH & SERVICES, a Washington corporation; PROVIDENCE HEALTH & SERVICES - WESTERN WASHINGTON, a Washington corporation; PROVIDENCE HEALTH & SERVICES - WASHINGTON; a Washington corporation; PROVIDENCE HEALTH & SERVICES - OREGON, an Oregon corporation; PROVIDENCE HEALTH & SERVICES - MONTANA, a Montana corporation; PROVIDENCE PHYSICIAN SERVICES CO., a Washington corporation; and HEALTH SERVICES ASSET MANAGEMENT, LLC, a Washington corporation.<br><br>      Defendants. | **CASE NO. C13-01312-RAJ** |

**ORDER GRANTING A SPECIFIC DEADLINE**
**DATE TO SERVE DEFENDANTS OF THE SUMMONS,**
**COMPLAINT AND FIRST AMENDED COMPLAINT PURSUANT TO FRCP 4(m)**

  The above-entitled Court, having received and reviewed Plaintiff's Motion for Order Granting a Specific Deadline Date to Serve Defendants of the Summons, Complaint and First Amended Complaint, makes the following ruling:

ORDER - 1 OF 2

1     **IT IS ORDERED** that the motion is GRANTED and that:

2     **1.**     The Summons, Complaint and First Amended Complaint shall be served upon all

3 defendants by February 5, 2013.

4     **DATED** this 9th day of December, 2013.

*Richard A. Jones*
_____
The Honorable Richard A. Jones
United States District Judge