HONORABLE RICHARD A. JONES

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

UNITED STATES OF AMERICA ex rel. MARGARET COOK, relator,

Plaintiff,

v.

PROVIDENCE HEALTH & SERVICES, et al.,

Defendants.

CASE NO. C13-1312RAJ

ORDER

The court GRANTS the parties' stipulation (Dkt. # 19) and orders as follows.

1) Plaintiffs' second amended complaint (Dkt. # 16) is the operative pleading in this case.

2) Defendants shall answer the second amended complaint no later than April 4, 2014.

3) If Defendants respond to the second amended complaint with a motion to dismiss, discovery shall not commence until the court rules on that motion. Otherwise, the court will issue its standard initial scheduling order requiring the parties to participate in a discovery conference in accordance with Federal Rule of Civil Procedure 26(f).

//

//

//

ORDER – 1

4) The clerk shall TERMINATE Defendants' motion to dismiss (Dkt. # 15) and Plaintiff's motion for leave to amend her complaint (Dkt. # 18).

DATED this 17th day of March, 2014.

*Richard A. Jones*

The Honorable Richard A. Jones
United States District Court Judge

ORDER – 2